IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:05CR0150(02) |
| Donyell D. Cox | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named commenced Supervised Release on August 15, 2014, for a period of 8 years. Based on good cause shown, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case are terminated.

Dated this __9__ day of __March__, 2021

_____
United States District Judge